**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM MATHENY,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED DOMINION REALTY,<br><br>   *Defendant*. | Case No. ___1:23-cv-2646___<br><br><br>**NOTICE OF REMOVAL OF<br>CIVIL ACTION UNDER 28 U.S.C. § 1332<br>(DIVERSITY OF CITIZENSHIP)** |

Defendant, United Dominion Realty ("UDR"), by its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and D.C. Code § 11-503, hereby removes the above-captioned action filed by Plaintiff, William Matheny ("Plaintiff") from the Superior Court of the District of Columbia, Civil Division, Case No. 2023-CAB-005060, to the United States District Court for the District of Columbia. This Court has jurisdiction over Plaintiff's claims against UDR pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between Plaintiff and UDR and the amount in controversy exceeds $75,000. Accordingly, removal is proper under 28 U.S.C. § 1441 and in accordance with 28 U.S.C. § 1446. In support of its Notice of Removal, UDR states as follows:

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

1. Plaintiff filed his Complaint in the Superior Court of the District of Columbia, Civil Division, on August 16, 2023.

2. Venue in this action is proper in this District pursuant to 28 U.S.C. § 1441(a) because the Superior Court of the District of Columbia is located within this District.

3. Under 28 U.S.C. §§ 1441 and 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading.

91164256.1

4. UDR has not been properly served with the Complaint filed by Plaintiff in this action to date, and therefore, is timely filing its Notice of Removal on September 8, 2023. *See* 28 U.S.C. § 1446(b)(1). Service was attempted on August 21, 2023 when the summons and complaint were left on someone's desk.

5. True and correct copies of the Complaint, together with all pleadings and orders filed in the District of Columbia action are attached as **Exhibit A**. These documents constitute all "process, pleadings, and orders" in the state court action as required by 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), UDR gave written notice to Plaintiff and the Superior Court of the District of Columbia on September 8, 2023, via filing and service of the Notice to D.C. Superior Court of Removal to Federal Court, in the form attached as **Exhibit B**, which will include a copy of this Notice of Removal, with the Superior Court of the District of Columbia, Civil Division.

### EXISTENCE OF DIVERSITY OF CITIZENSHIP JURISDICTION

7. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different States."

8. UDR is filing its Notice of Removal within one (1) year of Plaintiff's commencement of his action in the Superior Court of the District of Columbia as required by 28 U.S.C. § 1446(c).

**Plaintiff and UDR are Citizens of Different States**

9. Plaintiff's Complaint alleges that he is domiciled in and a citizen of the District of Columbia. *See* Complaint at ¶ 6.

10. UDR is a corporation organized under the laws of the State of Maryland. Attached as **Exhibit C** is a print-out of the Maryland State Department of Assessments and Taxation web search for UDR, Inc.  UDR has its principal place of business in the State of Colorado.

11. Accordingly, this action is between citizens of different States.

**The Alleged Amount in Controversy Exceeds $75,000**

12. Plaintiff's Complaint seeks "[c]ompensation totaling $916,000 for all general, special, incidental, and consequential damage" allegedly suffered by the Plaintiff. *See* Complaint at 6.

13. Although UDR does not concede that Plaintiff is entitled to any damages and reserves all defenses to Plaintiff's claims based on both liability and damages, because Plaintiff's Complaint expressly demands a specific sum in excess of $75,000, apparently made in good faith, the amount-in-controversy requirement is satisfied. *See Parker-Williams v. Charles Tini & Associates, Inc.*, 53 F. Supp. 3d 149, 152 (D.D.C. 2014) (noting that "the sum claimed by the plaintiff controls if the claim is apparently made in good faith" and that "the plaintiff's assessment is normally accepted at face value") (internal quotations omitted) (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938)).

14. For example, Plaintiff asserts an employment retaliation and wrongful termination claim, presumably under the DC Human Rights Act, D.C. Code §§ 2-1401.01, *et seq.* ("DCHRA"), which allows recovery of compensatory damages, punitive damages, and attorney's fees. D.C. Code § 2-1403.13; *see also Parker-Williams*, 53 F. Supp. 3d at 152-53 (noting that the DCHRA permits recovery for compensatory damages, punitive damages, and attorney fees, each of which are included in the calculation of the amount in controversy).

Potential Compensatory Damages

3

91164256.1

15. During his employment, Plaintiff's base rate of pay was $25.00 per hour, and Plaintiff's position was a full-time position, making his total annual compensation approximately $52,000, exclusive of benefits or any overtime.

16. Plaintiff also received a discount on the rent for his apartment of $516 per month pursuant to his employment, increasing the value of his annual compensation to $58,192, exclusive of any other benefits or overtime payments.

17. The DCHRA also allows for the award of non-pecuniary compensatory damages, which can alone exceed the $75,000 threshold. *See Parker-Williams,* 53 F. Supp. 3d at 152-53 (finding amount-in-controversy threshold met, even where Plaintiff's annual earnings of $27,000 fell below the threshold, due to permissibility of an award of non-pecuniary damages).

Potential Punitive Damages

18. Not only do Plaintiff's potential compensatory damages alone potentially exceed the jurisdictional threshold, but Plaintiff may also seek punitive damages. Plaintiff's Complaint requests additional relief to be determined by the Court, and, as noted, the DCHRA permits the recovery of punitive damages. *See* Complaint at 6; D.C. Code § 2-1403.13; *see also Parker-Williams,* 53 F. Supp. 3d at at 153 ("Even if the compensatory damages were to fall short of the $75,000 threshold, punitive damages could easily make up the difference.").

Other Potential Damages

19. Plaintiff also asserts a breach of contract claim, alleging that he was offered a hiring bonus of $1,000 after the completion of 90 days of employment with UDR that he never received, which is included in the amount demanded by Plaintiff in his Complaint.

## **CONCLUSION**

91164256.1

20.     Plaintiff and UDR are citizens of different states. Plaintiff's demand in his Complaint for $916,000 far exceeds the $75,000 jurisdictional threshold, and that amount was apparently alleged in good faith, based on Plaintiff's ability to collect compensatory damages, punitive damages, and attorney's fees under the DCHRA if he is successful in his claims. Because the amount in controversy exceeds $75,000, diversity of citizenship jurisdiction exists and removal to this Court is proper.

Dated: September 8, 2023

POLSINELLI PC

By: */s/ D. Jack Blum*
    D. Jack Blum
    D.C. Bar No. 1027170
    1401 I Street, NW, Suite 800
    Washington, District of Columbia 20005
    Tel: (202) 772-8483
    jack.blum@polsinelli.com

    Donald L. Samuels (*pro hac vice* motion
    forthcoming)
    1401 Lawrence Street, Suite 2300
    Denver, Colorado 80202
    (303) 583-8268
    dsamuels@polsinelli.com

    *Attorneys for Defendant*
    *United Dominion Realty*

91164256.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, a copy of the foregoing was served on Plaintiff

William Matheny via the Court's e-filing system and via first-class mail to:

William Matheny
732 Sixth Street, SW
#106
Washington, DC 20024

*Pro se Plaintiff*

 */s/ D. Jack Blum*
D. Jack Blum

91164256.1

# EXHIBIT A

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

William Matheny, an individual
_____
                                                    Plaintiff
                    vs.

United Dominion Realty, a corporation                    Case Number    **2023-CAB-005060**
_____               _____
                                                    Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

William Matheny
_____
Name of Plaintiff's Attorney

732 6th Street, Apt. 106
_____
Address
WASHINGTON, DC 20024

(202) 531-1767
_____
Telephone

_Clerk of the Court_

By _____
                    Deputy Clerk

**August 17, 2023**

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면,(202)879-4828로 전화주씰싸요        የአማርኛ ትርጉም ለማግኘት  (202) 879-4828    ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

                contra

                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____

_____
Dirección                                    Subsecretario

_____

_____    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

한국어로 번역을 원하시면 (202)879-4828 로 전화주십시오.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

eFiled
08/16/2023 4:04:39 PM
Superior Court
of the District of Columbia

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLOMBIA
## CIVIL DIVISION

| | |
|---|---|
| **WILLIAM MATHENY**, an individual,<br>732 6th Street Apt 106<br>Washington, DC 20024 | Case No.  **2023-CAB-005060** |
| | Judge: |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| **UNITED DOMINION REALTY**, a<br>corporation<br>2303 14th Street<br>Washington, DC 20009 | |
| Defendant. | |

## INTRODUCTION

COMES NOW, Plaintiff WILLIAM MATHENY ("Plaintiff" or "Matheny"), appearing pro se and for his cause of action against UNITED DOMINION REALTY or ("Defendant" or "UDR") in support states, alleges and avers as follows:

## PRELIMINARY STATEMENT

1. Plaintiff brings this civil action complaint to redress the injury caused to him by the deprivation of his rights and privileges secured under the Civil Rights Act of 1866, secured under the District of Colombia Human Rights, as amended, § 2-1401.01 et seq. (hereafter "DCHRA") secured under the District of Colombia's wrongful discharge tort, and secured under the District of Colombia's promissory estoppel law.

COMPLAINT

2. Defendant, UDR discriminated against the Plaintiff based on the Plaintiff's race (African American), color (caramel brown), and subjected the Plaintiff to experience a hostile work environment.

3. Defendants, UDR also terminated the Plaintiff based on the Plaintiff's race (African American), color (caramel brown), and in retaliation of when the Plaintiff complained about a hostile work environment and complained about race discrimination.

## JURISDICTION

4. This action arises under the United States Constitution and the laws of the District of Columbia. Jurisdiction is conferred based on the civil action being commenced in the District of Colombia. This claim may be brought to the Superior Court of the District of Columbia, pursuant to D.C. Code § 13-423. Further at the time of these allegations, the Plaintiff was working in the District of Columbia.

## VENUE

5. Venue lies in the Superior Court of the District of Columbia because the unlawful events, acts, and omissions giving rise to the Plaintiff's claims occurred within the District of Columbia. At all relevant times to the actions complained of herein, the Defendant conducted business within the District of Columbia

## PARTIES

6. Plaintiff William Matheny is a real person who resides in the District of Colombia, which is in the United States of America.

7. Defendant, UDR, is a self-administered real estate investment trust or REIT, that owns operates, acquires, renovates, develops, redevelops, disposes of, and manages multifamily apartment communities in targeted markets located in the United States.

COMPLAINT                                                                                          Page 2

**FACTUAL BACKGROUND**

8.      Plaintiff is an adult male who resides at 732 6ᵗʰ Street Apartment 106, Washington DC, 20024.

9.      Plaintiff was employed by UDR, which allowed the Plaintiff an apartment on the property at a reduced monthly rate on rent.

10.      Plaintiff was hired on or about February 22, 2022, as a maintenance technician.

11.      Prior to his termination, Plaintiff was not notified that he was terminated from his job by the Defendant.

12.      Prior to termination, Plaintiff was never counseled, subjected to discipline, or presented any other adverse actions for not reporting to his normal tour of duty.

13.      On or about June 15, 2022, the Plaintiff was injured on the job.

14.      Plaintiff received notice of termination in July 2022, while he was out of work due to his work-related injury.  Plaintiff was receiving worker's compensation from the Defendant at the time.

**CAUSE OF ACTION FOR WRONGFUL TERMINATION**

**(Wrongful Termination, Retaliation)**

15.      Plaintiff incorporates paragraphs 1 through 14 as is fully set herein.

16.      Shortly after Plaintiff finished his training, he began experiencing racial comments and slurs from his fellow colleagues including his supervisor Manuel Neito and another maintenance technician named Antonio.

17.      Manuel and Antonio would make harassing comments regarding his race while speaking in Spanish.  They were under the impression that Plaintiff could not understand what they were saying.  But Plaintiff understood enough Spanish to be able to translate what they are saying.

COMPLAINT                                                                                                                    Page 3

18.    On or about April 28, 2022, Plaintiff proceeded to send an email to management detailing his concerns.

19.    An internal meeting was held with all the employees to address the allegations and concerns.  The staff were told that they would have to adhere to policy and that further harassment would not be tolerated.

20.    Following the meeting, Plaintiff was denied any assistance from his co-workers and was still getting unfair treatment from his supervisor.

21.    On or about June 15, 2022, UDR was hosting a company picnic and Plaintiff informed them that he would not be able to make it due to the fact he did not have adequate transportation.  He was informed that if he was not going to be at the picnic, then he should just go to work instead.

22.    While on the job, Plaintiff was in the process of moving an industrial refrigerator and it proceeded to tip over and land on the Plaintiff.  Plaintiff experienced severe pain in his back and knees following the injury.

23.    Plaintiff proceeded to go to work the following day, which was a Thursday, and the following Friday but ended up having to call out to see a physician.

24.    On the following Monday, Plaintiff made an appointment with a physician who informed him that he had seriously injured his knees.

25.    Plaintiff was placed on worker's compensation following his accident.

26.    Plaintiff was supposed to return to work on July 1, 2022, but he was still not cleared by the doctor to return to work.

27.    On or about July 5, 2022, Plaintiff was informed that his position had been terminated due to abandonment of his position.

COMPLAINT                                                                                          Page 4

28.    Plaintiff received an employee discount on his monthly rent due to living and working on the property.  Following his termination, UDR cancelled his employee discount which made it difficult for Plaintiff to afford his rent.

29.    On or about January 10, 2023, Plaintiff filed a complaint with the EEOC Charge Number 570-2023-00934 alleging racial discrimination and a hostile work environment.

30.    On or about March 13, 2023, Donald L. Samuels of Polsinelli responded on behalf of UDR submitting their position statement regarding the EEOC complaint that Plaintiff filed on January 10, 2023.

31.    UDR alleges that Plaintiff ignored emergency maintenance calls involving an individual trapped in an elevator.  Plaintiff contends that he did not hear the call and did not ignore it.

32.    Defendant also alleges that Plaintiff refused to take a mandatory urinalysis that is required by law when it comes to Worker's Compensation.

33.    Defendant claims that Plaintiff failed to communicate any allegations of discrimination.

## SECOND CAUSE OF ACTION FOR WRONGFUL TERMINATION

### (Breach of Contract)

34.    Plaintiff hereby incorporates by reference as fully set forth herein each and every allegation set forth above in this Complaint.

35.    According to the Plaintiff, when he was interviewing for the position, a hiring bonus was offered after the completion of 90 days totaling $1,000.00.

36.    Plaintiff proceeded to email and call numerous individuals to no avail.

COMPLAINT                                                                                    Page 5

## JURY DEMAND

The Plaintiff further requests a trial by jury on all issues so triable by the maximum number. of jurors permitted by law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff herein prays for judgment against Defendants as follows:

A. Compensation totaling $916,000 for all general, special, incidental, and consequential damage suffered by the Plaintiff as a result of the Defendant's conduct.

B. That the Court determine and declare that Plaintiff was unjustly terminated.

C. Plaintiff further requests this Court grant an award for Attorney fees (when applicable) plus costs and expenses in this action.

D. Plaintiff further requests relief as may be found appropriate as this Court may deem just and equitable.

Respectfully submitted 16th day of August 2023.

*William Matheny*

William Matheny
Plaintiff in Pro Se
732 6th Street Apt 106
Washington, DC 20024
Telephone: (202) 531-1767
Email: mathenywilliam21@yahoo.com

COMPLAINT                                                                                    Page 6

# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

William Matheny III
_____
Plaintiff(s)

Case Number: __2023-CAB-005060__

vs

Date: August 9, 2023
_____

UDR, Inc.
_____
Defendant(s)

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)*<br>William Matheny III | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:     DC Bar No.:<br>(202) 531-1767 | ☐ Other: _____ |

TYPE OF CASE:    ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $ 916,000.00 _____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar #:_____

---

NATURE OF SUIT:        *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☑ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_Alex L. Lipata_ _____
Filer/Attorney's Signature

August 9, 2023
_____
Date

CV-496/February 2023



**Superior Court of the District of Columbia**
**Civil - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-005060

**Case Caption:** William Matheny v. UDR,Inc.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/17/2023 | 9:30 AM | Remote Courtroom 415 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Danya A Dayson. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1)  This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2)  Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3)  Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4)  At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5)  If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6)  Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## **ACCESSIBILITY AND LANGUAGE ACCESS**

### **Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### **Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### **Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### **የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነፃ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** *No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

 **\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

UDR,Inc.
No Known Address

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   William Matheny v. UDR,Inc.

**To:**   UDR,Inc.                                      **Case Number:**   2023-CAB-005060

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/17/2023** at **9:30 AM** in **Remote Courtroom 415**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## **ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽህፈ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

William Matheny
732 6th Street SW #106
Washington DC  20024

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**    William Matheny v. UDR,Inc.

**To:**    William Matheny                                    **Case Number:**    2023-CAB-005060

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/17/2023** at **9:30 AM** in **Remote Courtroom 415**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# EXHIBIT B

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WILLIAM MATHENY,

        *Plaintiff*,

    v.

UNITED DOMINION REALTY,

        *Defendant*.

Case No. 2023-CAB-005060

Associate Judge Danya A. Dayson

Next Event: Initial Hearing,
        November 17, 2023

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, United Dominion Realty ("UDR"), by its undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1441(b), hereby notifies the Court and counsel for Plaintiff, William Matheny, that UDR filed a Notice of Removal of Civil Action in the Office of the Clerk of the Court of the United States District Court for the District removes the above-captioned action filed by Plaintiff, from the Superior Court of the District of Columbia on September 8, 2023.  A file-stamped copy of the Notice of Removal of Civil Action is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal of Civil Action "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

Dated: September 8, 2023

POLSINELLI PC

By: */s/ D. Jack Blum*
    D. Jack Blum
    D.C. Bar No. 1027170
    1401 I Street, NW, Suite 800
    Washington, District of Columbia 20005
    Tel: (202) 772-8483
    jack.blum@polsinelli.com

91165316.1

2

Donald L. Samuels (*pro hac vice* motion forthcoming)
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
(303) 583-8268
dsamuels@polsinelli.com

*Attorneys for Defendant*
*United Dominion Realty*

2

91165316.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2023, a copy of the foregoing was served on Plaintiff

William Matheny via the Court's e-filing system and via first-class mail to:

William Matheny
732 Sixth Street, SW
#106
Washington, DC 20024

*Pro se Plaintiff*

                                                  */s/ D. Jack Blum*
                                                   D. Jack Blum

3

91165316.1

# EXHIBIT C

# UNITED DOMINION REALTY, L.P.: P10051266

---

⚠ **Notice**  ✕

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment.

---

**Department ID Number:**

P10051266

**Business Name:**

UNITED DOMINION REALTY, L.P.

**Principal Office:**

400 EAST CARY STREET

RICHMOND VA 23219

**Resident Agent:**

THE CORPORATION TRUST, INCORPORATED

2405 YORK ROAD

SUITE 201

LUTHERVILLE TIMONIUM MD 21093-2264

**Status:**

ACTIVE

**Good Standing:**

THIS BUSINESS IS IN GOOD STANDING

**Business Type:**

FOREIGN LP

**Business Code:**

20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**

06/14/2004

**State of Formation:**

DE

**Stock Status:**

N/A

**Close Status:**

N/A